UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re: Shawn and Rashyeda Lewis

Case No. 13-61677
Chapter 13
Judge Thomas J. Tucker

_____Debtors._____/

## ORDER GRANTING FEE APPLICATION

This case is before the Court on the application of Kostopoulos & Associates, PLLC., all interested parties having been served with notice of the application, no objections having been filed, and the Court being otherwise sufficiently advised in the premises:

IT IS ORDERED that:

1. The Court approves applicant's fees and expenses as follows:

| | |
|---|---|
| THIS AWARD FOR FEES | $4,134.50 |
| THIS AWARD FOR EXPENSES | $107.35 |
| TOTAL THIS AWARD | $4,241.85 |
| AMOUNT PAID BY CLIENT | $50.00 |
| **BALANCE TO BE PAID BY PLAN** | **$4,191.85** |
| GRAND TOTAL FEES AND COSTS | $4,241.85 |

2. This award covers services rendered and expenses incurred during the time period of 11/25/2013/2013 TO 4/16/2014.

.

**Signed on May 30, 2014**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge